UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| ISABEL CAMACHO, | ) | |
| | ) | Case No. 3:16-cv-585 |
| *Plaintiff*, | ) | |
| | ) | Judge Travis R. McDonough |
| v. | ) | |
| | ) | Magistrate Judge H. Bruce Guyton |
| CHEROKEE HEALTH SYS. and DR. THOMAS ANNA, | ) ) | |
| | ) | |
| *Defendants*. | ) | |

## ORDER

Magistrate H. Bruce Guyton filed a report and recommendation recommending that the Court dismiss Plaintiff's complaint for failure to state a claim. (Doc. 3.) Pursuant to 28 U.S.C. § 1915, the Court shall dismiss a proceeding *in forma pauperis* if the action "fails to state a claim on which relief may be granted . . . ." § 1915(e)(2)(B)(ii). Plaintiff did not file a timely objection to the report and recommendation. After reviewing the record, the Court agrees with Magistrate Judge Guyton's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation (Doc. 3) pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** that Plaintiff's Complaint (Doc. 1) be **DISMISSED** due to its failure to state a claim.

**SO ORDERED.**

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**